

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: CEMEX CONSTRUCTION MATERIALS PACIFIC SOUTH, L.L.C., | § | No. 08-18-00135-CV |
| | § | AN ORIGINAL PROCEEDING |
| Relator. | § | IN MANDAMUS |
| | § | |

**O R D E R**

Pending before the Court is the Relator's motion to stay all proceedings, including the discovery order signed by the Honorable Linda Y. Chew, Judge of the 327th District Court of El Paso County, Texas, on July 17, 2018, in cause number 2017-DCV1047, styled *Christine Borrego, as Executor of the Estate and Statutory Death Beneficiary of Johnny Borrego; and Melissa Ruiz, Individually, and Robben Lee Betancourt, as Executor of the Estate and Statutory Death Beneficiary of Ruben Betancourt Ramirez, and Jose Gabino Garcia and Humbero Muela, both individually, v. Cemex El Paso, Inc., Cemex Construction Materials South, LLC, Jobe Materials, LP, and Ranchos Real Land Holdings, LLC*. The motion to stay is granted only with respect to the July 17, 2018 discovery order. The request to stay all proceedings in the case is denied. The stay will remain in effect pending resolution of this original proceeding or further order of this Court.

Further, the Court has determined that no action will be taken on the Relator's Petition for Writ of Mandamus pending a response from the Real Party(ies) in Interest. The response is due on or before August 30, 2018.

IT IS SO ORDERED this 31st day of July, 2018.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.